IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MELODY JOHNSON | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Case No. 1:05-cv-01903 |
| | * | |
| MEDTRONIC, INC. | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

## REQUEST FOR DISMISSAL

To the Clerk of this Court:

The Plaintiff hereby requests that the above-captioned action be dismissed in its entirety, with prejudice.

Date: January 17, 2006                     /s/_____
                                                        E. Gregory Watson
                                                        (DC Fed Bar No. #14398)

                                                        Watson & Moran, LLC
                                                        8401 Corporate Dr. Ste. 110
                                                        Landover, Maryland 20785
                                                        Tel. (301) 429-0505
                                                        Fax. (301) 429-0371

Case 1:05-cv-01903-PLF    Document 2    Filed 01/17/2006    Page 2 of 3

Case 1:05-cv-01903-PLF     Document 2     Filed 01/17/2006     Page 3 of 3